```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 11-04000-MDF
Eric August Leidich                                                 Chapter 13
Charminie Ellen Leidich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh            Page 1 of 1            Date Rcvd: Jul 29, 2016
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2016.
     +UPS Freight,   Attn: Payroll Department,  100 E Campusview Blvd,   Columbus, OH 43235-4647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2016 at the address(es) listed below:
      Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
      Jill Manuel-Coughlin   on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkjllc.com,
       chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
      Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Joshua I Goldman   on behalf of Creditor   Bayview Loan Servicing, LLC et al...
       bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Joshua I Goldman   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Philip Charles Briganti   on behalf of Debtor Eric August Leidich pbriganti@pa.net
      Philip Charles Briganti   on behalf of Joint Debtor Charminie Ellen Leidich pbriganti@pa.net
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 8

IN RE: : Chapter 13
ERIC AUGUST LEIDICH :
and CHARMINIE ELLEN LEIDICH, :
a/k/a CHARMINIE E. McGILL :
                Debtors : Case No. 1-11-bk-04000
                 :

## ORDER TERMINATING WAGE ATTACHMENT

    AND NOW, upon consideration of Debtors' Motion to Terminate Wage Attachment Order,

    IT IS HEREBY ORDERED that the Order to Pay Trustee entered in the above-captioned case on September 29, 2014, is VACATED, and that Debtor Eric August Leidich's employer, to-wit:

**UPS Freight
Attention: Payroll Department
100 E. Campusview Blvd.
Columbus, OH  43225**

shall cease deducting any further amounts from his wages for payment of Debtors' Chapter 13 Plan.

By the Court,

*Mary D. France*
Bankruptcy Judge
(MM)

Dated: July 29, 2016