```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 11-04000-MDF
Eric August Leidich                                             Chapter 13
Charminie Ellen Leidich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: MMchugh        Page 1 of 1        Date Rcvd: Nov 15, 2016
                            Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2016.
db/jdb          +Eric August Leidich,   Charminie Ellen Leidich,   326 Doubling Gap Road,
                 Newville, PA 17241-9446

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC et al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Philip Charles Briganti    on behalf of Debtor Eric August Leidich pbriganti@pa.net
              Philip Charles Briganti    on behalf of Joint Debtor Charminie Ellen Leidich pbriganti@pa.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Eric August Leidich  
326 Doubling Gap Road  
Newville, PA 17241

Chapter 13  
Case No. 1:11−bk−04000−MDF

Charminie Ellen Leidich  
aka Charminie E. McGill  
326 Doubling Gap Road  
Newville, PA 17241

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−5041  
xxx−xx−8576

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 15, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France  
United States Bankruptcy Judge  
By: MMchugh, Deputy Clerk